COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-152-CV

IN RE LANCE GARLAND MANTOOTH RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of habeas corpus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of habeas corpus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL  A:  CAYCE, C.J.; LIVINGSTON and HOLMAN, JJ. 

DELIVERED:  April 21, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.